# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| QUINCY JACKSON #94415 | CIVIL ACTION NO. 20-cv-1550 |
| VERSUS | JUDGE DONALD E. WALTER |
| DEPUTY CLAIBORNE ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 12th day of February, 2024.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE